IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CYDRIC COLEMAN, | ) | |
| ID # 37473-177, | ) | |
| Movant, | ) | No. 3:13-CV-756-O-BH |
| vs. | ) | No. 3:10-CR-38-O |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | Referred to U.S. Magistrate Judge[1] |

### RECOMMENDATION REGARDING REQUEST TO PROCEED
### IN FORMA PAUPERIS ON APPEAL

Before the Court is the motion to proceed *in forma pauperis* on appeal, received on August 27, 2019 (doc. 25). The motion to proceed *in forma pauperis* on appeal did not include a certificate of inmate trust account for the sixth-month period preceding the filing of the notice of appeal, as required by 28 U.S.C. § 1915(a)(2), since the movant is a federal prisoner. On August 29, 2019, he was ordered to file a form application to proceed *in forma pauperis* and a certificate of inmate trust account within thirty days. (*See* doc. 27.) He was warned that if he did not comply, a recommendation to deny the motion to proceed *in forma pauperis* on appeal would be entered. (*See id.*)

The movant has not complied with the order. Because he has not presented a certificate of inmate trust account as required, he has not shown that he is a pauper. His motion to proceed *in forma pauperis* should be denied.

---

[1] Under 28 U.S.C. § 636(b) and *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* are automatically referred.

**SO RECOMMENDED** this 16th day of October, 2019.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE