IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CYDRIC COLEMAN, | ) | |
| ID # 37473-177, | ) | |
|     Movant, | ) | No. 3:13-CV-756-O-BH |
| vs. | ) | No. 3:10-CR-38-O |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|     Respondent. | ) | Referred to U.S. Magistrate Judge[1] |

### ORDER GRANTING REQUEST TO PROCEED
### IN FORMA PAUPERIS ON APPEAL

Before the Court are the *Motion to Proceed In Forma Pauperis* on appeal, received on August 27, 2019 (doc. 25), and a certificate of inmate trust account, received on November 4, 2019 (doc. 31). Because the motion did not include a certificate of inmate trust account for the preceding sixth-month period as required by 28 U.S.C. § 1915(a)(2) when filed, the movant was ordered on August 29, 2019, to file a form application to proceed *in forma pauperis* and a certificate of inmate trust account within thirty days. (*See* doc. 27.) He was warned that if he did not comply, a recommendation to deny the motion to proceed *in forma pauperis* on appeal would be entered. (*See id.*) After he failed to comply with the order, it was recommended on October 16, 2019, that his motion be denied. (*See* doc. 29.)

The movant has now filed a certificate of inmate trust account, and it demonstrates that he is a pauper. His motion is therefore **GRANTED**, and he may proceed to proceed *in forma pauperis* on appeal. The recommendation dated October 16, 2019, is hereby **VACATED**.

---

[1] Under 28 U.S.C. § 636(b) and *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* are automatically referred.

**SO RECOMMENDED** this 6th day of November, 2019.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE