IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CYDRIC COLEMAN, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:13-cv-00756-O-BH |
| UNITED STATES OF AMERICA, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On September 23, 2019, the United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (the "FCR") in this case. FCR, ECF No. 28. The FCR recommended that the Court construe Petitioner Cydric Coleman's ("Petitioner") motion for relief from judgment (the "Motion") as a motion for relief from judgment under Federal Rule of Civil Procedure 60(b). *Id.* at 1. The FCR further recommended that the Court deny the Motion. *Id.* Petitioner filed an Objection to the Magistrate Judge's FCR on October 10, 2019. Pet'r's Obj., ECF No. 30. Petitioner filed another Objection on November 21, 2019. Pet'r's Obj., ECF No. 33.

The Court has conducted a de novo review of the FCR and Petitioner's Objections. Plaintiff's Objections are **OVERRULED**, and the Court **ADOPTS** the reasoning in the Magistrate Judge's FCR. The Court **DENIES** Petitioner's Motion.

**SO ORDERED** on this **4th day** of **August, 2020**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1